# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE ELAINE BURNS, | : | |
| Plaintiff, | : | 1:18-cv-113 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : : | |
| Defendant. | : | |

## ORDER

### November 26, 2018

Presently before this Court is Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment. (Doc. 27). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment (Doc. 27) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge